United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PHILLIPS, | |
| Plaintiff, on behalf of himself and others similarly situated; | Civil Action No. 4:22-cv-03676 |
| v. | |
| SEADRILL AMERICAS INC., | Jury Trial Demanded |
| Defendant. | |

### ORDER OF NONSUIT

On this day, came on to be considered the Agreed Notice of Nonsuit with Prejudice in the above action, and the Court is of the opinion that such should be **GRANTED**.

This case is dismissed with prejudice as to refiling. This nonsuit disposes of all parties and claims. Costs and fees are to be borne by the party incurring same.

SIGNED on this 28th day of July, 2023.

_____
JUDGE SIM LAKE